UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR P. DEFRANCE, | ) | NO. CV 10-3208 FMO |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Nineteen Thousand and Five Hundred dollars ($19,500.00), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, Lawrence D. Rohlfing shall reimburse plaintiff the amount of Three Thousand and Five Hundred dollars ($3,500.00).

Dated this 12th day of April, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge